# United States Court of Appeals
## For the First Circuit

Nos. 09-2468; 09-2493

ANTHONY BUCCI,
Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,
Respondent, Appellee.

DAVID JORDAN,
Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,
Respondent-Appellee.

ERRATA SHEET

The opinion of this Court issued on October 13, 2011 is amended as follows:

On page 46, line 24, replace "subordination" with "subornation"